In the Matter of ISAAC L.T.F. and Others, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; ISAAC F., Respondent. [886 NYS2d 63]—Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered July 31, 2008 in a proceeding pursuant to Family Court Act article 6. The order, among other things, extended the suspended judgment for an additional period of one year.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot. Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.